INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, Plaintiff–Counterclaim Defendant–Appellee,

and

Infineon Technologies AG, Infineon Technologies Holding North America Corporation, and Infineon Technologies Richmond LP, Counterclaim Defendants–Appellees,

v.

MOSAID TECHNOLOGIES INCORPORATED, Defendant/Counterclaimant–Appellee,

v.

Micron Technology, Inc., Movant–Appellant,

and

Promos Technologies, Inc., Movant.

No. 2007–1085.

United States Court of Appeals, Federal Circuit.

April 5, 200*i.*

*ORDER*

The court treats Micron Technology, Inc.'s "notice of mootness" as a motion to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

Reyd E. DYER, Claimant–Appellee,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.

No. 2007–7017.

United States Court of Appeals, Federal Circuit.

April 5, 2007.

*ORDER*

Upon consideration of the Secretary of Veteran Affairs' unopposed motion to voluntarily dismiss his appeal, from the United States Court of Appeals for Veterans Claims, case no. 03–0661,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.